# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **PATRICK D. & ANN MARIE CARPENTER,** <br><br> **Debtors** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 13-13374 REF** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief from Stay filed by JPMorgan Chase Bank, National Association was served upon the addresses listed below, by way of electronic means on October 5, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION - bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION - bkgroup@kmllawgroup.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By: *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610
(610) 779-0772