UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
PATRICK DAVID CARPENTER and         :  
ANN MARIE CARPENTER,                :    Case No. 13-13374 REF  
    *Debtors*                       :    Chapter 13  
                                    :

## ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by JP Morgan Chase Bank, National Association *(regarding 70 Cornerstone Drive, Blandon, PA 19510)*, on September 25, 2017, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**  
**Third Floor, The Madison**  
**400 Washington Street**  
**Reading, Pennsylvania, 19601**

on:    Thursday, February 1, 2018

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: January 11, 2018**

_____  
Richard E. Fehling,  
United States Bankruptcy Judge