United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick David Carpenter  
Ann Marie Carpenter  
      Debtors

Case No. 13-13374-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jan 11, 2018  
                   Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.  
db/jdb      +Patrick David Carpenter,  Ann Marie Carpenter,  70 Cornerstone Dr.,  Blandon, PA 19510-9693  
cr        eCast Settlement Corporation,  PO Box 28136,  New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr       +E-mail/Text: bnc@bass-associates.com Jan 12 2018 03:02:21  Capital One, N.A.,  
        Bass & Associates, P.C.,  3936 E. Ft. Lowell Rd, Suite #200,  Tucson, AZ 85712-1083  
cr       E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:23  GE Capital Retail Bank,  
        c/o Recovery Management Systems Corporat,  25 SE 2nd Avenue, Suite 1120,  
        Miami, FL 33131-1605  
cr       +E-mail/Text: bnc@bass-associates.com Jan 12 2018 03:02:21  eCAST Settlement Corporation,  
        c/o Bass & Associates, P.C.,  3936 E Ft. Lowell, Suite 200,  TUCSON, AZ 85712-1083  
                                                                                                                                                               TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         GEORGE M. LUTZ   on behalf of Debtor Patrick David Carpenter glutz@hvmllaw.com,  
          amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ   on behalf of Joint Debtor Ann Marie Carpenter glutz@hvmllaw.com,  
          amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                      TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
PATRICK DAVID CARPENTER and            :
ANN MARIE CARPENTER,                   :       Case No. 13-13374 REF
        *Debtors*                        :       Chapter 13
                                       :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by JP Morgan Chase Bank, National Association *(regarding 70 Cornerstone Drive, Blandon, PA 19510)*, on September 25, 2017, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**     Thursday, February 1, 2018

**at:**     9:30 a.m. prevailing time.

BY THE COURT

**Date: January 11, 2018**

Richard E. Fehling,
United States Bankruptcy Judge