United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick David Carpenter  
Ann Marie Carpenter  
      Debtors

Case No. 13-13374-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jan 17, 2018  
                         Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
db/jdb     +Patrick David Carpenter,     Ann Marie Carpenter,     70 Cornerstone Dr.,     Blandon, PA 19510-9693  
cr     eCast Settlement Corporation,     PO Box 28136,     New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16     Capital One, N.A.,  
      Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd, Suite #200,     Tucson, AZ 85712-1083  
cr     E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:50     GE Capital Retail Bank,  
      c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,  
      Miami, FL 33131-1605  
cr     +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16     eCAST Settlement Corporation,  
      c/o Bass & Associates, P.C.,     3936 E Ft. Lowell, Suite 200,     TUCSON, AZ 85712-1083  
                                                                              TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       GEORGE M. LUTZ     on behalf of Debtor Patrick David Carpenter glutz@hvmllaw.com,  
        amerkey@hvmllaw.com;r49419@notify.bestcase.com  
       GEORGE M. LUTZ     on behalf of Joint Debtor Ann Marie Carpenter glutz@hvmllaw.com,  
        amerkey@hvmllaw.com;r49419@notify.bestcase.com  
       JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       REBECCA ANN SOLARZ     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        bkgroup@kmllawgroup.com  
       THOMAS I. PULEO     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patrick David Carpenter<br>Ann Marie Carpenter<br>         <u>Debtors</u> | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>         <u>Movant</u><br>vs. | NO. 13-13374 REF |
| Patrick David Carpenter<br>Ann Marie Carpenter<br>         <u>Debtors</u> | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq.<br>         <u>Trustee</u> | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. As of the filing of this Stipulation, Debtors are currently postpetition current with the next monthly payment due January 1, 2018 in the amount of $1,518.27..

2. Beginning on January 1, 2018, Debtors shall pay the present regular monthly payment of **$1,518.27** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), at the address below;

JPMorgan Chase Bank, N.A.<br>3415 Vision Drive, OH4-7133, Columbus, OH 43219

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 19, 2017

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: January 9, 2018

George M. Lutz, Esq.
Attorney for Debtors

Date: 1/12/18

Frederick L. Reigle, Esquire
Chapter 13 Trustee

Approved by the Court this 17 day of January, 2018 However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Richard E. Fehling