**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**PATRICK D. AND ANN MARIE CARPENTER,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-13374 REF** |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and the Debtors request that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: February 7, 2018

                                       Respectfully submitted,

                                       **Hartman, Valeriano, Magovern & Lutz, P.C.**

                  by:     */s/ George M. Lutz*

                                       George M. Lutz, Esquire
                                       1100 Berkshire Blvd., Suite 301
                                       Wyomissing, PA  19610
                                       Attorney I.D. No. 46437
                                       Phone:  610-779-0772