**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**PATRICK D. AND ANN MARIE CARPENTER,**<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 13-13374 REF |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $711.00 for reimbursement of actual, necessary fees and expenses in the amount of $29.27, for the period of May 18, 2015 through January 17, 2018.

**BY THE COURT:**

**Date: February 9, 2018**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**Patrick D. and Ann Marie Carpenter**
70 Cornerstone Drive
Blandon, PA 19510

**All creditors**