United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-13374-ref
Patrick David Carpenter                                         Chapter 13
Ann Marie Carpenter
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa                Page 1 of 2              Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW           Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
```
db/jdb         +Patrick David Carpenter,    Ann Marie Carpenter,    70 Cornerstone Dr.,    Blandon, PA 19510-9693
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13023897       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   BANK OF AMERICA,    PO BOX 982235,    EL PASO, TX 79998)
13023900       +CHASE BANK USA,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13023901       +CHASE Home Mortgage,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13023903       +CITICARDS CBNA,    PO Box 6241,    Ibs CdvDisputes,    Sioux Falls, SD 57117-6241
13023902       +Christine Mundell,    120 Sunset Dr.,    Birdsboro, PA 19508-8778
13063318        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
14040961       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C.,    1100 Berkshire Blvd,
                 Suite 301,    Wyomissing, PA 19610-1292
13191455       +George M. Lutz, Esquire,    Case, DiGiamberardino & Lutz, P.C.,    845 North Park Road, Suite 101,
                 Wyomissing, PA 19610-1342
13900349       +JP Morgan Chase Bank, NA,    c/o Brian C. Nicholas, Esq.,    KML Law Group, PC,
                 701 Market Steret, Suite 5000,    Philadelphia, PA 19106-1541
13847685       +JP Morgan Chase Bank, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13141151       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13023906       +PA STATE EMPLOYEES CREDIT UNION,    PO BOX 1006,    HARRISBURG, PA 17108-1006
13023908       +WFFNB/FMG,    CSCL Dispute Team,    MAC N8235-04M,PO Box 14517,    Des Moines, IA 50306-3517
13023909       +WFFNB/RAYMOUR & FANIGAN,    800 WALNUT ST,    DES MOINES, IA 50309-3605
13049847        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13310652        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:03:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2018 02:04:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:07:33      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:37      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13023898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:08:29      CAP1/BSTBY,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13023899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:07:43      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13042091       +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:37      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13023904       +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:06:49      GECRB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13023905       +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:06:50      GECRB/TOYSRUSDC,
                 4125 Windward Plz,    Alpharetta, GA 30005-8738
13115077        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 02:19:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13064800        E-mail/Text: bankruptcynotices@psecu.com Jul 26 2018 02:04:10     PSECU,    PO Box 67013,
                 Harrisburg, PA  17106-7013
13035567        E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2018 02:06:51
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr*            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*             eCast Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
13023907      ##+SUSQUEHANNA BANK PA,    13511 LABEL LN,    HAGERSTOWN, MD 21740-2466
13162424      ##+Susquehanna Bank,   f/k/a Susquehanna Bank PA,    PO Box 639,    Maugansville, MD 21767-0639
                                                                                               TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          GEORGE M. LUTZ    on behalf of Debtor Patrick David Carpenter glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Ann Marie Carpenter glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patrick David Carpenter and Ann Marie Carpenter

    Debtor(s)

Bankruptcy No: 13–13374–ref

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/25/18